ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of -- )
)
Advanced Technology International ) ASBCA No. 59698-952
  d/b/a SCRA Applied R&D )
)
Under Contract No. SP4701-12-A-0012 )

APPEARANCE FOR THE PETITIONER: Cory E. Manning, Esq.
  Nelson Mullins Riley & Scarborough LLP
  Columbia, SC

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
  Kristin K. Bray, Esq.
  Nathaniel A. Work, Esq.
  Trial Attorneys
  DLA Troop Support
  Philadelphia, PA

ORDER PURSUANT TO BOARD RULE 1(a)(5)
DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

Advanced Technology International d/b/a SCRA Applied R&D petitions the Board to issue an Order pursuant to Board Rule 1(a)(5) directing the contracting officer to issue a decision on its 19 June 2014 claim. The Defense Logistics Agency Troop Support, a field activity of the Defense Logistics Agency, advises that the contracting officer will issue a decision on the contractor's claim by 22 January 2015. The contractor does not object to that date.

Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by 22 January 2015.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the

contracting officer denying the claim, and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5), 7104.

Dated: 7 January 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59698-952, Petition of Advanced Technology International d/b/a SCRA Applied R&D, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2